UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| WILLERT HOME PRODUCTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:20-cv-01151-MTS |
| | ) | |
| DRIVELINE RETAIL MERCHANDISING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant/Counter-Plaintiff Driveline Retail Merchandising, Inc.'s ("Driveline") Motion for Costs. Doc. [93]. After Plaintiff/Counter-Defendant Willert Home Products, Inc. ("Willert") rightly pointed out that Driveline initially failed to submit receipts with its Motion for Costs, the Court allowed Driveline to supplement its Motion with receipts, see Doc. [100], and Willert had no further objections, see *id.* After reviewing Driveline's Motion and receipts, the Court finds they consist of costs that may be taxed under 28 U.S.C. § 1920. The Court, however, will make one reduction. Driveline lists that its filing fee to the Clerk of the Court for removing this case was $500. Doc. [99]. That appears to be an inadvertence because Driveline paid $400, see Doc. [1] (docket text noting Driveline paid $400), which was the standard total fee when Driveline removed this action in August 2020.[1] The Court therefore will reduce the cost award by one hundred dollars.

---

[1] *See* 28 U.S.C. § 1914(a), (b) (setting filing fee at $350 and allowing additional fees as prescribed by the Judicial Conference of the United States); District Court Miscellaneous Fee Schedule of the Judicial Conference of the United States, https://www.uscourts.gov/services-forms/fees/district-court-miscellaneous-fee-schedule (last visited May 16, 2022) (listing additional administrative fee for filing a civil action in a district court as $52, effective December 1, 2020); *see also* U.S. District Court for the Eastern District of Missouri Fee Schedule, https://www.moed.uscourts.gov/fee-schedule (last visited May 16, 2022) (listing total fee for filing civil cases as $402, effective December 1, 2020).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to tax costs in the reduced amount of $12,828.71 against Plaintiff/Counter-Defendant Willert Home Products, Inc. in favor of Defendant/Counter-Plaintiff Driveline Retail Merchandising, Inc.

Dated this 16th day of May, 2022.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE